UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:23-cv-360

| | |
|---|---|
| RILEY KIRK, ZACHARY SILMAN, BRANDON LOHMAR, MATTHEW DEPAOLA, and CAMERON BARBOUR<br><br>**Plaintiffs,**<br><br>v.<br><br>QUEEN CITY COURT BUILDERS, LLC and SPEICHER PERFORMANCE TENNIS, LLC<br><br>**Defendants.** | **CONSENT MOTION FOR APPROVAL OF SETTLEMENT OF FLSA ACTION** |

Plaintiffs Riley Kirk, Zachary Silman, Brandon Lohmar, Matthew DePaola, and Cameron Barbour (collectively "Plaintiffs") respectfully move this Court for an order:

1. Approving the Parties' Settlement Agreement and Release, including the payments to Plaintiffs, the release of claims, and payment of attorneys' fees and entering a judgment dismissing this case with prejudice in accordance with the terms of the Agreement.

2. A copy of the Parties' proposed Settlement Agreement and Release is attached as Exhibit 1 to the Memorandum in Support of Consent Motion for Approval of Settlement of FLSA Action.

3. Plaintiffs' counsel conferred with Defendants' counsel regarding the relief requested in this Motion and Defendants consent to the relief requested. In addition, Defendants have reviewed and authorized the filing of the accompanying Memorandum in Support of Plaintiffs' Consent Motion for Approval of Settlement of FLSA Action, as well as the Declarations of Philip J. Gibbons, Jr.

4. A Proposed Order is submitted for the Court's consideration.

WHEREFORE, Plaintiffs request the Court issue an Order approving the Plaintiffs' Settlement Agreements as fair and reasonable and approving an award of attorneys' fees.

Dated: May 6, 2024

Respectfully submitted,

/s/ Corey M. Stanton
Philip J. Gibbons, Jr., NCSB #50276
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Place, Suite 325
Charlotte, North Carolina
Tel: (704) 612-0038
Email: phil@gibbonslg.com
corey@gibbonslg.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on this day, the undersigned filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Corey M. Stanton
Corey M. Stanton, NCSB #56255