UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00360-RJC-SCR

| | |
|---|---|
| RILEY KIRK, ZACHARY SILMAN, BRANDON LOHMAR, MATTHEW DEPAOLA, and CAMERON BARBOUR,<br><br>Plaintiffs,<br><br>v.<br><br>QUEEN CITY COURT BUILDERS, LLC and SPEICHER PERFORMANCE TENNIS, LLC<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiffs' Consent Motion for Approval of Settlement. (Doc. No. 16). The Court finds that the Parties' proposed Settlement, (Doc. No. 17-1), constitutes a fair and reasonable compromise of disputed claims under the Fair Labor Standards Act arising from a bona fide dispute. Therefore, the Motion is **GRANTED**.

**IT IS ORDERED** that:

1. The Parties' proposed Settlement is approved, including the payment to Plaintiffs, the release of claims, and payment of attorneys' fees as set forth therein; and

2. The action is dismissed with prejudice.

**IT IS SO ORDERED**.

Signed: July 31, 2024

Robert J. Conrad, Jr.
United States District Judge